UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE SPRIZZO**

**08 CIV 5389**

---------------------------------------------------------x

BRISTOL COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

EUROPEAN AERONAUTIC DEFENCE & SPACE CO., NOEL FORGEARD, DR. THOMAS ENDERS, HANS PETER RING, JUSSI ITAVUORI, JEAN-PAUL GUT, FRANCOIS AUQUE and RALPH D. CROSBY JR.,

        Defendants.

---------------------------------------------------------x

: Civil Action No.
:
: RULE 7.1 STATEMENT



RECEIVED JUN 1 3 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE.

DATED: June 12, 2008

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
ANDREI V. RADO
ALAN I. ELLMAN

_____
CHRISTOPHER J. KELLER

140 Broadway
New York, NY 10005
Telephone: 212/907-0853
Facsimile: 212/818-0477

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
Facsimile: 631/367-1173

*Attorneys for Plaintiff*