UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
BRISTOL COUNTY RETIREMENT SYSTEM,
Individually and on Behalf of All Others Similarly
Situated,

               Plaintiff,

    vs.

EUROPEAN AERONAUTIC DEFENCE &
SPACE CO., NOEL FORGEARD, DR. THOMAS
ENDERS, HANS PETER RING, JUSSI
ITAVUORI, JEAN-PAUL GUT, FRANCOIS
AUQUE and RALPH D. CROSBY JR.,

               Defendants.
---------------------------------------------------------- x

Electronically Filed

Civil Action No. 08-cv-05389 (JES)
(ECF Case)

Hon. John E. Sprizzo

## DECLARATION OF ANDREI V. RADO

ANDREI V. RADO declares under penalty of perjury this 3rd day of July, 2008:

1. I am an attorney associated with the law firm of Labaton Sucharow LLP, counsel for the Bristol County Retirement System ("Plaintiff").

2. Plaintiff has retained the services of Civil Action Group Ltd. to serve process in this litigation on defendants, who are based in the Netherlands.

3. I have contacted outside counsel for a subsidiary of the corporate defendant in this action in an unsuccessful attempt to discover who, if anyone, represents the corporate defendant in this action.

    I declare under penalty of perjury the foregoing to be true and correct.

                                                               _/s/ Andrei V. Rado_
                                                               ANDREI V. RADO (AR-3724)