UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
BRISTOL COUNTY RETIREMENT SYSTEM, :
Individually and on Behalf of All Others Similarly :
Situated,                                          :  Electronically Filed
                                                   :
                    Plaintiff,                     :
                                                   :  Civil Action No. 08-cv-05389 (JES)
        vs.                                        :  (ECF Case)
                                                   :
EUROPEAN AERONAUTIC DEFENCE &                      :  Hon. John E. Sprizzo
SPACE CO., NOEL FORGEARD, DR. THOMAS               :
ENDERS, HANS PETER RING, JUSSI                     :
ITAVUORI, JEAN-PAUL GUT, FRANCOIS                  :
AUQUE and RALPH D. CROSBY JR.,                     :
                                                   :
                    Defendants.                    :
                                                   :
---------------------------------------------------------------- x

## AFFIDAVIT OF KEVIN BROTHERS

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KEVIN BROTHERS, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York.

1.  I work as a contract worker through Metropolitan Agency and was employed by Labaton Sucharow LLP ("Labaton") from June 9-13, 2008, as a firm messenger.

2. On the afternoon of June 12, 2008, I arrived at the S.D.N.Y. courthouse shortly before 5:20 PM to file case initiating papers in the above-captioned action through the night depository.

3. I watched as the security guard time-stamped a copy of the complaint and civil cover sheet. These documents were stamped "08 Jun 12 PM 5:21."

4. The security guard then took the other papers I was carrying and dropped them in the night depository. These papers included: original and one copy of the complaint, original and two copies of the Rule 7.1 Statement, original and two copies of the civil cover sheet, a check to cover the $350.00 filing fee for starting an action, and one copy set of the aforementioned three documents and eight summonses, to be returned our office.

5. I returned to Labaton's offices and handed the stamped complaint and civil cover sheet, stamped "08 Jun 12 PM 5:21," to the paralegal assigned to this case.

_____
Kevin Brothers

Sworn to before me this
27TH day of June, 2008.

_____
Notary Public

Yee Wai Chan
Notary Public, State of New York
No. 01CH6068383
Qualified in Queens County
Commission Expires Dec. 31, 20 09

682212 v1
700091 v3
[6/26/2008 18:46]