UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

BRISTOL COUNTY RETIREMENT SYSTEM, : 
Individually and on Behalf of All Others Similarly : 
Situated, :
: Electronically Filed
:
Plaintiff, :
:
: Civil Action No. 08-cv-05389 (JES)
vs. : (ECF Case)
:
: Hon. John E. Sprizzo
EUROPEAN AERONAUTIC DEFENCE & :
SPACE CO., NOEL FORGEARD, DR. THOMAS :
ENDERS, HANS PETER RING, JUSSI :
ITAVUORI, JEAN-PAUL GUT, FRANCOIS :
AUQUE and RALPH D. CROSBY JR., :
:
Defendants. :
---------------------------------x

**[PROPOSED] ORDER**

Having considered the Declaration of Andrei V. Rado and the Affidavit of Kevin Brothers, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

I.  The Court finds that the above-captioned action was filed and commenced on June 12, 2008; and

II. The Clerk of the Court is instructed to correct the docket to reflect that the above-captioned action was filed on June 12, 2008.

IT IS SO ORDERED.

DATED: 7-_f_-08

_____
U.S. DISTRICT JUDGE