UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BRISTOL COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>EUROPEAN AERONAUTIC DEFENCE & SPACE CO., NOEL FORGEARD, DR. THOMAS ENDERS, HANS PETER RING, JUSSI ITAVUORI, JEAN-PAUL GUT, FRANCOIS AUQUE and RALPH D. CROSBY JR.,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:08-cv-5389<br><br>**ELECTRONICALLY FILED** |

## NOTICE OF APPEARANCE

TO: The Clerk of Court and All Parties of Record

Please enter my appearance as counsel for Bristol County Retirement System and the Class in this action.

I certify that I am admitted to practice in this Court.

DATED: July 9, 2008　　　　　　　　COUGHLIN STOIA GELLER
　　　　　　　　　　　　　　　　　　　RUDMAN & ROBBINS LLP


　　　　　　　　　　　　　　　　　　　*/s/ David A. Rosenfeld*
　　　　　　　　　　　　　　　　　　　DAVID A. ROSENFELD

　　　　　　　　　　　　　　　　　　　58 South Service Road, Suite 200
　　　　　　　　　　　　　　　　　　　Melville, NY 11747
　　　　　　　　　　　　　　　　　　　Telephone: 631/367-7100
　　　　　　　　　　　　　　　　　　　631/367-1173 (fax)
　　　　　　　　　　　　　　　　　　　Email: Drosenfeld@csgrr.com