UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BRISTOL COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>EUROPEAN AERONAUTIC DEFENCE & SPACE CO., NOEL FORGEARD, DR. THOMAS ENDERS, HANS PETER RING, JUSSI ITAVUORI, JEAN-PAUL GUT, FRANCOIS AUQUE and RALPH D. CROSBY JR.,<br><br>                    Defendants. | Civil Action No. 1:08-cv-5389<br><br>**ELECTRONICALLY FILED** |

### NOTICE OF APPEARANCE

TO:  The Clerk of Court and All Parties of Record

Please enter my appearance as counsel for Bristol County Retirement System and the Class in this action.

I certify that I am admitted to practice in this Court.

DATED:  July 9, 2008                    COUGHLIN STOIA GELLER
                                                        RUDMAN & ROBBINS LLP


                                                              */s/ SAMUEL H. RUDMAN*
                                                               SAMUEL H. RUDMAN

                                                  58 South Service Road, Suite 200
                                                  Melville, NY 11747
                                                  Telephone: 631/367-7100
                                                  631/367-1173 (fax)
                                                  Email: SRUDMAN@csgrr.com