**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
                                              x
BRISTOL COUNTY RETIREMENT                     :
SYSTEM, Individually and on Behalf of All     :
Others Similarly Situated,                    :   Electronically Filed
                                              :
                Plaintiff,                    :   Civil Action No. 08-cv-05389 (JES)
                                              :
       vs.                                    :   (ECF Case)
                                              :
EUROPEAN AERONAUTIC DEFENCE &                 :   Hon. John E. Sprizzo
SPACE CO., NOEL FORGEARD, DR.                 :
THOMAS ENDERS, HANS PETER RING,               :
JUSSI ITAVUORI, JEAN-PAUL GUT,                :
FRANCOIS AUQUE and RALPH D.                   :
CROSBY JR.,                                   :
                                              :
                Defendants.                   :
                                              x
```

**MOTION OF BRISTOL COUNTY RETIREMENT SYSTEM**
**FOR APPOINTMENT AS LEAD PLAINTIFF**
**AND APPROVAL OF SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that institutional investor Bristol County Retirement System ("Bristol"), by its counsel, hereby moves this Court for an Order: (i) appointing Bristol as Lead Plaintiff of a class of U.S. citizens who purchased the publicly traded stock of European Aeronautic Defence & Space Co. ("EADS") on the Frankfurt, Madrid and/or Paris Stock Exchanges between January 17, 2005 and March 11, 2008, inclusive; (ii) approving Bristol's selection of Labaton Sucharow LLP and Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this motion, Bristol submits herewith a Memorandum of Law and Declaration of Alan I. Ellman.

Dated: August 11, 2008

Respectfully submitted,

**LABATON SUCHAROW LLP**

By:   */s/ Christopher J. Keller*
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
140 Broadway
New York, New York 10005
Telephone:   (212) 907-0700
Facsimile:   (212) 818-0477

**COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP**
Samuel H. Rudman (SR-7957)
David A. Rosenfeld (DR-7564)
Mario Alba Jr. (MA-7240)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:   (631) 367-7100
Facsimile:   (631) 367-1173

- 2 -

*Attorneys for Plaintiff Bristol County
Retirement System and Proposed Lead
Counsel for the Class*