UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE EUROPEAN AERONAUTIC DEFENCE & SPACE CO. SECURITIES LITIGATION

: Civil Action No.: 08-CV-05389
: (WHP)
:
: (ECF CASE)

---

## NOTICE OF APPEAL

Lead Plaintiff, Bristol County Retirement System, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment dismissing the Amended Consolidated Class Action Complaint for violation of Federal securities laws entered in this action on the 31st day of March, 2010 and from the Order of Dismissal entered on the 26th day of March, 2010.

Dated: April 23, 2010

*[signature]*

Labaton Sucharow LLP
Mark S. Arisohn (MA-2364)
marisohn@labaton.com
Michael Rogers (MR-5460)
mrogers@labaton.com
140 Broadway
New York, NY 10005
Tel. (212) 907-0700
Fax: (212) 818-0477

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
Samuel H. Rudman
David A. Rosenfeld
Jarrett S. Charo
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

*Co-Lead Counsel for Lead Plaintiff*
*Bristol County Retirement System and the Class*